JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
    Social Security Administration
    Office of Program Litigation, Office 7
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone:  (510) 970-4803
    Email:  andrea.banks@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| NORMA P. LUEVANO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  8:23-CV-02402-SP<br><br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand Pursuant to 42.U.S.C. § 405(g), Sentence Four ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff and the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 25, 2024    _____

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE